IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PAMELA GRACE HOWELL,

    Plaintiff,

v.                                  CASE NO. 4:12cv396-RH/CAS

SHARON,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed for failure to state a claim upon which relief may be granted." The clerk must close the file.

SO ORDERED on October 6, 2012.

                                        s/Robert L. Hinkle
                                        United States District Judge